IN THE SUPREME COURT OF THE STATE OF NEVADA

JIM MUELLER, AN INDIVIDUAL;
JOHN MUELLER, AN INDVIDUAL;
MACHNV, LLC; ACRES CULTIVATION,
LLC; AND CURALEAF, INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE SUSAN
JOHNSON, DISTRICT JUDGE,
Respondents,
and
DGMD REAL ESTATE INVESTMENTS,
LLC; ARMPRO, LLC; ZHANG SPRINGS,
LV, LLC; PRODIGY HOLDINGS, LLC;
AND LAS VEGAS GREEN ORGANICS,
LLC,
Real Parties in Interest.

No. 85157

FILED

OCT 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion to withdraw admissions. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole

22-32058

discretion in determining whether to entertain a writ petition). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Herndon

_____, Sr.J.
Gibbons

cc:     Hon. Susan Johnson, District Judge
        Greenberg Traurig, LLP/Las Vegas
        Peterson Baker, PLLC
        Hymanson & Hymanson
        Eighth District Court Clerk

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.